# EXHIBIT 1

**Registration Number**

# VAu 1-527-865

**Effective Date of Registration:**
March 22, 2024
**Registration Decision Date:**
June 05, 2024

# Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

## Title

|  |  |
|---|---|
| **Title of Group:** | Socket Set-1 and 5 Other Unpublished Works |
| **Content Title:** | Socket Set-1 |
|  | Socket Set-2 |
|  | Socket Set-3 |
|  | Socket Set-4 |
|  | Socket Set-5 |
|  | Socket Set-6 |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2023 |

## Author

|  |  |
|---|---|
| • **Author:** | Changzhou Yichen Trading Co., Ltd |
| **Author Created:** | Photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | China |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Changzhou Yichen Trading Co., Ltd |
|  | Room 2227, No. 5-2201, Changfa Commercial Plaza, Xinbei District, Changzhou City, Jiangsu Province |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Changzhou Yichen Trading Co., Ltd |
| **Address:** | Room 2227, No. 5-2201, Changfa Commercial Plaza |

Xinbei District
Changzhou City, Jiangsu Province  China

## **Certification**

**Name:** Ying Huang
**Date**: March 22, 2024

**Correspondence:** Yes
**Copyright Office notes:** Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited  photographs only. 17 USC 101, 102 (a), and 113.

